PD-0291-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/15/2015 10:01:58 PM
Accepted 4/16/2015 12:37:29 PM
ABEL ACOSTA
CLERK

PD-0291-15

# In the Court of Criminal Appeals of Texas

Leroy Calhoun, Jr.

v.

The State of Texas

*granted to 5-15-15 PC*

*4.16-15*

## Second Motion to Extend Time to File
## Petition for Discretionary Review

Leroy Calhoun moves, under Rule 68.2, to extend the time to file a petition for discretionary review (PDR).

On February 12, 2015, the Tenth Court of Appeals affirmed the judgment of the trial court in a memorandum opinion, under cause number 10-14-00058-CR.

One previous extension to file a PDR has been requested. The current deadline is April 15, 2015.

Mr. Calhoun requests an additional 30 days to file the petition, making the new due date May 15, 2015. No further extensions will be requested.

Counsel has been occupied with appeals in Jose Hernandez v. State, 01-14-00898-CR; Judist Broussard v. State, 01-15-00074-CR; and Pete Rodriguez v. State, 01-15-00135-CR.

FILED IN
COURT OF CRIMINAL APPEALS

April 16, 2015

ABEL ACOSTA, CLERK

I served a copy of this motion on the State of Texas simultaneously with electronic filing.

Respectfully,

/s/ Franklin Bynum

Bynum Law Office
2814 Hamilton Street
Houston, Texas 77004

Franklin Bynum
Texas Bar Number 24069451
fgb@lawfgb.com
(713) 343-8844